Re: Michelle Marie Mele, Chapter 13 filing November 13, 2025

**FILED**

NOV 13 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Pertaining to the following document requests of

-Copies of employee income records

-~~Statement of Current Monthly Income~~

Since leaving an abusive situation I have since had my son start daycare as of 11/12/2025 and have started working with Amazon Flex again. I am currently staying with friends and family and will not have housing expenses while I continue to search for more gainful employment. We receive food stamps and my son has Medicaid and for all these reasons will allow me to successfully enter into this payment plan moving forward. Enclosed is a screenshot of my first recent shift with Amazon Flex. My average income doing Amazon Flex and Door Dash is projected to be $450/week. This is my statement confirming the above and when the court or trustee asks me to produce ~~for~~ updated documents I will make sure those are available when needed.

Thank you,

Michelle Marie Mele

716-866-1835



Income from new job
Michelle Marie Mele